JS-6/Enter

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LOVEJOY, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. ED CV 13-1426 JCG <br> Case No. ED CV 12-129 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated: 6-26-2014

_____
Hon. Jay C. Gandhi
United States Magistrate Judge